IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BENJAMIN EARL STOREY                                                         PLAINTIFF

          v.                    CASE NO. 2:20-CV-2224

JAIL ADMINISTRATOR JIMMY DORNY,
BEN WILLIAMS, CALEB WILSON,
AND JACKSON PYRON                                                            DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 30) from Chief United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends Defendants' Motion to Dismiss (Doc. 28) be granted and that the Court dismiss this action without prejudice for failure to prosecute. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss (Doc. 28) is GRANTED, and that this case is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this November 29, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE